## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                                          )
                                                )
GLOBAL EDUCATION CORP.,                         )
                                                )   Case No.  07 B 04808
            Debtor(s).                          )
                                                )

### ORDER COMBINED WITH NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that the Court will hold a status hearing in the above-captioned case on June 4, 2008  at 10:00 a.m. in Courtroom 744, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

The case trustee, David P. Leibowitz,  or trustee's counsel is directed to appear at this hearing.

☑ The trustee shall report as to when a final report in this asset case may be expected.

☑ A representative of the United States Trustee's office is to appear in this matter.

Dated: May 8, 2008

ENTER:

Judge Eugene R. Wedoff